# EXHIBIT 2

# PRINCESS CRUISE LINES LTD. ("Company")
# EMPLOYMENT AGREEMENT

| Surname, Forename (hereafter "Employee") | Date of Birth |
|---|---|
| Evanks Davis, Kengge Alexander | Feb 10 1992 |

| Place of Birth | Employee ID # |
|---|---|
| La Ceiba Honduras | 485151 |

| Confirmed Rank | Job Rank (hereafter "Position") |
|---|---|
| General Galley Steward | General Galley Steward |

| Guaranteed Monthly Wage | Eligible for Participation in Discretionary Fleet Gratuity Pool? |
|---|---|
| 767.00 USD | ☐ Yes   ☒ No |

| Excess Overtime Rate (calculated on basic wage element) | Excess Overtime Paid for Monthly Hours Worked Over? |
|---|---|
| 2.00 USD | ☒ 390 Hours   ☐ 330 Hours |

| Annual Leave Calculation (calculated on consolidated monthly hours) | Joining Date | Disembarkation Date |
|---|---|---|
| 5 days per month | Jan 20 2018 | Oct 18 2018 |

## THIS IS AN IMPORTANT LEGAL AGREEMENT.
## READ IT CAREFULLY BEFORE SIGNING.

Employee acknowledges his/her responsibility to read this Agreement, understand its contents, and adhere to all of its provisions. Employee understands and agrees that the Collective Bargaining Agreement ("CBA") between the Company and Unions attached hereto is incorporated into and made part of this Agreement and is binding on Employee and Company. Employee further agrees that the terms of the CBA are binding on him or her whether the Employee is, remains or ceases to be a member of the Unions. Employee agrees that employment with the Company constitutes an international commercial relationship with one or more foreign parties and that any and all disputes of any kind or nature whatsoever between Employee and Company shall be resolved by binding arbitration in Bermuda and governed exclusively by the laws of Bermuda without regard to principles of conflicts of law, as set forth in Article 14 of the attached CBA.

Employee is not signing this Agreement under duress of any kind. Employee acknowledges that he/she has had the opportunity to examine the Agreement and CBA and seek any advice on it before signing. Employee affirms that he/she accepts and will abide by each and every provision of this Agreement, which includes all the terms set forth in the attached CBA including, but not limited to, the Guaranteed Monthly Wage, Governing Law and Arbitration provisions contained therein. Employee acknowledges and accepts that the Guaranteed Monthly Wage includes all or some overtime and all or some of pool shares for eligible employees, as set forth in Article 4. In addition, Employee agrees to abide by all other written or oral rules, regulations, policies and procedures of Company and/or the Affiliated Companies and/or any vessel on which he/she is assigned, whether set forth in this Agreement or elsewhere.

The parties agree that this Agreement is entered into in Bermuda, the country where Company is registered. Employee agrees to receive this Agreement in printed or electronic form and that an electronic scan, copy or facsimile of this Agreement and its attachments shall be as valid as the original and that Employee has received a full copy of this Agreement and the attached CBA consisting of 30 pages. Employee agrees that Company's retention of a paper or electronic copy of this Agreement only shall be deemed conclusive and irrefutable evidence that Employee received and signed this Agreement.

Signed: _Kengge Evanks_ on _4 Jan 2018_
Print Name: Evanks Davis, Kengge Alexander

Signed: _[signature]_ For Princess Cruise Lines, Ltd.   Printed Name: Christopher Kay

Dec 18 2017
Spinelli_Federico

Employment Agreement · 05.01.17
485151