IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case NO.:20-cv-22181

JUANA L. EVANKS DAVIS, as
Personal Representative of the Estate of
KENGGE A. EVANKS DAVIS,
Decedent,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, Ltd.,

    Defendant.
_____/

## AGREED ORDER GRANTING MOTION TO COMPEL ARBITRATION

THIS CAUSE having come before the Court and the Court having been advised that the Parties are in agreement to Arbitrate pursuant to the terms of the decedent's employment contract, the Court hereby Grants the Defendant's Motion to Compel Arbitration. It is further also;

ADJUDGED that the:

1. Defendant's Motion to Compel Arbitration is GRANTED.

2. This case is administratively CLOSED, and all other pending motions are DENIED as MOOT.

3. The Court shall retain jurisdiction to enforce an arbitral award.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this 16th day of June, 2020.

_____
JOSE E. MARTINEZ
U.S. District Court Judge

Cc:  Louis A. Vucci, Esq., Via Email: vuccilawgroup@gmail.com
      Michael Sokolson, Esq., Via Email: michaels@maltzmanpartners.com